Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

Federal for the RICHMOND County

AUGUSTA District of Georgia

_____ Division

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

NOV 0 5 2024

FILED

Case No. _____

CV124- 199

WALTER JASON PURKHISER
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

UNITED STATES FEDERAL PROBATION OFFICER.
Baylan Thomas.
DEPARTMENT OF FAMILY AND CHILD, GREAT FALLS, MONTANA
SUPERVISER.
KAMI STONE.
Teresa Larson.
JOSIE KNAPSTAD.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

PATITION,
TO SEE UNEITHICAL
ACQUISITION OF A CHILD
CUSTODY HEARING; SET-A-SIDE
STATE TO STATE.

## AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

3

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: WALTER JASON PURKHISER
   All other names by which you have been known:
   ID Number: 3033145
   Current Institution: CROSSROADS CORRECTIONAL CENTER
   Address: 50 CROSSROADS DRIVE
   SHELBY, MONTANA 59474
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: (UNITED STATES FEDERAL PROBATION OFFICER) BAYLAN THOMAS
   Job or Title (if known): FEDERAL PROBATION OFFICER
   Shield Number: D/N
   Employer: 706-849-4400
   Address: 600 JAMES BROWN BLVD
   AUGUSTA, GA 30901
   City / State / Zip Code
   ☐ Individual capacity  ☐ Official capacity

   Defendant No. 2
   Name: (DEPARTMENT OF FAMILY AND CHILDREN)
   • KAMI STONE = SUPERVISOR
   • TERESA LARSON = D.F.S. WORKER
   • ~~JOSIE KNAPSTAD~~
   Job or Title (if known): D.F.S. WORKERS
   Shield Number:
   Employer: 406-727-7746
   Address: DEPARTMENT OF FAMILY AND CHILDREN
   2300 12TH AVE, S #211
   GREAT FALLS, MONTANA 59405
   City / State / Zip Code
   ☐ Individual capacity  ☐ Official capacity

   Page 2 of 11

4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
        _____
        City        State        Zip Code
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Shield Number _____
    Employer _____
    Address _____
        _____
        City        State        Zip Code
    ☐ Individual capacity    ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

        ☒ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
        A Legal Court Document, (Acknowledgement of Receipt of State's Paperwork to Serve upon the Parent of the Above-Name youTHS,) DDN-17-303
        THIS Document was fax, By The Case Worke's of D.F.S. Great Falls, Montana. Someone Signed MR PurkHiser Name, And Dated iT, iT was Sent Back and it was Filed At The Clerk Offices in Great Falls Montana; (That is Not MR Purkhiser "Signer, or Handwriting") This Caused MR Purkhiser To Lose Custody of His Child.

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? MR PurkHiser, Sign A Consent Form; For His Probation Officer To Communicate with "Department of Family and Children in Great Falls, Montana, Not To (Sign My Name) And Notify "Mr Purkhiser" 30 Days Before All Custody Court Dates, of Hearing. To What is Read in The Transcrips of The Following Dates & Time; Most of "All Partys" of This Custody Show Case Hearing! was inDeed For Set For (Court=Cam) Appre.

Page 3 of 11

5

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. FIRST PURKHISER, Had A open CUSTody CASE; And WAS UNAWARE OF THE COURT DATES; "MR PURKHISER NEW THORE WAS A OPEN CASE! And TRUSTING in Good FAITH HIS PROBATION OFFICER WOULD NOTIFY HEM OF A COURT DATE; Beside "MR PURKHISER" ComuicATING WITH HIS FORMER LAWER, AT THE TIME, And NOT Knowing WHO HIS New APPIEAT ATTORNEY WAS AT THIS "TIME" And DATE;

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. "MR PURKHISER" Give and Signed A ReLeASe FORM FOR THE PROBATION oFFicer TO Give only inFoRmATion ConTaining To THe CUSTody CASE only! Give up DATE To "MR PURKHISER" JOB; Where "HE" is LiVing; And "Home inSPECTion" And CLASS THAT "MR PURKHISER" PareTing CLASS'S, Home inSPECTions, And MenIT HeALTh; THAT The Judge "KATHliNA JENRSEN" And Judge PARKER ORdered MR PURKHSER TO CompluinT. And "MR PURKHISER. Completed All THings TO HAVE HIS DAU lteu,

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. MR PURKHISER WAS PUT on 120 DAY SUPERVISTED G.P.S. In NOV 2019, WITH IN THE TIME. MR PURKHISER EXPLAINED TO THE PROBATION oFFICER; THAT He Hid COURT DATES, And HEARINGS Coming up BUT Don't Know when THAT IS!, But WAS ORDERED BY THE COURTS TO COMPLET A TREATMENT PLAN; TO get Full CUSTody OF HIS DAUGhTER And AllSo PUT in A Full Document TO Be ReLocaTed BACK TO GREAT FAllS MONTANA, (INTERSTATE COMPACT) in ORDER TO MAKE All OF HIS DAUGHTER'S COURT DATES, And TO UPDATE COURT ON HIS TREATMENT PLAN.

Page 4 of 11

6

Case 1:24-cv-00199-JRH-BKE   Document 1   Filed 11/05/24   Page 5 of 18
Case 4:24-cv-00102-BMM   Document 1   Filed 11/05/24   Page 5 of 18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

August 2020, Mr Purkhiser was in the Great Falls Montana Pre-Release Mr Purkhiser called youth Dynamics to setup vistion with his Daughter that is where he was told his Daughter was adopted out.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) The Probation officer, was informed /in contact with the case worker of Department of Family and Children of Great Falls Montana Every week; And the Probation officer Responsblity was in contact with the case workers, every week about Mr Purkhiser treatment plans. And the Probation officer was in Contact with the Adoptive Parent, at that time was the one's Caregives of the Child and the Probation officer was fully aware the child had ben (abused)(sexualy abused) And the Department of Family and Children was fully aware of this. The Federal Probation officer, had the reports in the fount of hem of the child and a web Page of the child, that Mr Purkhiser Provided to them. Smith V.S. Purkhiser@Facebook.com And the Probation officer; Refused to Report this Violation to Child, to the Federal Government of Great Falls Montana.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

• Mr Purkhiser was given premission to Leve the (State of Montana) To move Down to Georgie, at Fort Gordon military Base; Mr Purkhiser had a open P.F.M.A. case open in Toole County, Shelby, Montana Premission To Leve! was give by Secertary Autumn Combs, That said the Judge Peter Rapkoch. "mis Combs" works for the State of Montana! As a Contact moniter; and Dispormy action officer at Crossroads Correctional Center. This Reflix's on the Legal Documents by Department of Family and Children and The Federal Probation office.

Please Read Attactments.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking By the Law! State to State Law. That the Document is not signed by "Mr Purkhiser" was not Responsible for missing his (Tuesday, January 7, 2020) or (May 1, 2020) court Appering! And (Order Granting Permanent Legal Custody, Termination of Parental Rights with Right to Consent to Adoption) Filed May 18 2020 4:54pm Page 3 TAB 52,-55. Page 5 TAB 91,-94 Page 6, TAB 107,-111. Page 7, TAB 129,-132. Page 9 TAB 167,-171,-175,-183, Page 8 TAB 159,-163. 42-2-417 Grouds for Count to Set Aside Relinquishment and Consent.

To Contact the Cascade County Court House, in Great Falls Montana or/an the State Supereme court, Helena Montana. Mr Purkhiser Did not Abandone his child and the Department of Family and Children, and the Probation officer; committed froud, signing a Document with a forged interment, mencipoling the Count into Believing Mr Purkhiser signed this! But did not care about his Child! And Knowing that this child was in Danger and was going threw abuse & sexual assualt! By the care givers; Mr Purkhiser wants his Daughter back home with him.

7

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Wen mr Purkhiser was court ordered on 1 yr Federal Supervised, G.P.S. Monter Probation. Nov 2019, to Nov 2020. Untell There was a Voilation of Probation; that Lead into From Oct 2020 Threw Oct 2021.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure? While on Federal Probation; mr Purkhiser still maintaned a Job, And completing his treatment plan;

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims? This all started the Day my Daughter was Born; The Department of Family And Children; Came to the Hospital Aug 9, 2016 Trying to take my child, my Daughter the

☒ Yes

☒ No

☐ Do not know

The Person Helped, Kindnap my Child, on (Nov 21, 2016) From my Home in Shelby, MT Stuart Smith, Shella Smith, Called D.F.S. But wen I moved From Great Falls, montuna to Shelly montana; To Keep my Daughter Safe!. But D.F.S. Shw a oppertunty

If yes, which claim(s)? Wen I went to Fort Gordon Georgia! To say I was not Seeking my Daughter, I did not start, or complet my threatment plan And "I" Abandonment to my Daughter. D.F.S. Had The Help of The Federal Probation officer.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint? SmiTH V.S. PURKHISER@FaceBook.COM THIS Page For my DAughteR! is why DePARTMenT of Family And Children

☒ Yes
☐ No

And STuART SmiTH, SHellia SmiTH, KaRen SmiTH, ARe PiSS-OFF AT mR PuRKHiseR. And with THe DocumenT THAT wAS FAX To The PRoBATion OFFiceR FRom D.F.S.! I will EXSpose THem ASwell.

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? no one will HeAR A FATHeRS CRy, no will BeLieve A FATHeR's word!, no one in The CouRTS will GiVe THe FATHeR A CHAnce To Tell HiS TesTimony; And sHow The TRuTH! And EXSpose THose People THAT Knowingly, willingly, PuRposely ABuse, used, SexAuly ASSAulTed my DAughteR And THey HAve my DAughTeR! BuT noT in JAil FoR THAT CRime.

☒ Yes
☐ No

E. If you did file a grievance:
yes. And Now (monday ocTober 28, 2024) MAKeing A RepoRT

1. Where did you file the grievance?
UniTed STATe FedeRAl PRoBATion oFFice; AFTeR DiscoveRy oF DC DocumenTS; THAT THe D.F.S. & PRoBATion OFFiceR menipulATed The CounTy CouRT And STATe SupReme CouRT, THAT mR PuRKHiseR (Signed)(DATed) ABouT The HeARing! And PuRposely Keep mR PuRKHiseR FRom ReTuRning To monTAnA; oR ATTending A CouRT DATe FoR HiS DAughTeR.

2. What did you claim in your grievance? THe "LegAl DocumenTion"; THAT wAS inTendend To Be "menipulATion" To THe CouRT! in oRdeR; FoR mR PuRKHiseR To Lose HiS PARenTAl RighTs; And FoR THe DepARTmenT oF Family An CHildRen To HAve Full CusTody And guARdiAnSHip; And To CoveR up THe "HAnis"; HoRRiBle CRime THAT wAS CommiTTed AgAinST FHiS CHild; And To THe oTHeR CHildRen THAT wAS in The House wiTh mR PuRKHiseR DAughteR.

3. What was the result, if any? BeCAuse mR PuRKHiseR wAS unAwARe oF The Two mAjoRe CouRT DATes, Times;

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
wiTh THiS DocumenT THAT I DiscoveRed! ABouT THe PRoBATion OFFiceR And THe CASe woRKS oF D.F.S. I CAnT Seem To geT The CouRT To AppoinT me A New ATToRney. I HAve TRyed To Reopen The CASe on my DAughteR And FoRe my DAughteR.

I EVEn RepoRTed THAT THe PRoBATion OFFiceR; TRyed To BRiB mR PuRKHiseR! in oRdeR FoR Hem To go BACK To MonTAnA; mR PuRKHiseR would HAve To RegeRiSTeR AS A Sex oFFendeR! BuT mR PuRKHiseR ReFuSe To Do THAT! THAT is one Reson mR PuRKHiseR Did noT go BACK To MonTAnA; And mAKe Any CouRT DATes.

Page 7 of 11

9

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
THe STaTe SupeReim CouRT oF STaTe oF MoNTANia Helena, MT And CasCaDe County oF GReat Falls MontanA.

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I Did not HAVe To RegcaisteR as a Sex ofFenderk, BecAuSe I wAS NeveR CHARged with ThAt CRime, And BoTh CHARges C-1 ATTAMP oF MURDeR C-2 Sex ASSuAIT WAS DisMiss.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) Please Look at The (ExHiBiT) And THe ExHiBiT Page. oF (HAnd WRighTing) And (Signen) Page And ANilize THem,

**VIII. Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
I Do Need THe CouRT To Appoint A ATToRNey For my DAughter CAse

10

Case 1:24-cv-00199-JRH-BKE   Document 1   Filed 11/05/24   Page 9 of 18
Case 4:24-cv-00102-BMM   Document 1   Filed 11/05/24   Page 9 of 18
Page 3 of 4

"EXHIBIT"

01/02/2020  11:00Mt DPHHS

P.002/005

CLERK OF DISTRICT COURT
2020 JAN -3  AM 10: 09
FILED
BY
DEPUTY

**MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY**

IN THE MATTER OF            )   Case No.:
                            )
SKYLA PURKHISSER            )   DDN-17-303
YOUTHS IN NEED OF CARE      )

**ACKNOWLEDGEMENT OF RECEIPT OF STATE'S PAPERWORK TO SERVE UPON THE PARENT OF THE ABOVE-NAMED YOUTHS**

I, WALTER JASON PURKHISER, do hereby accept service of the Citation, the State's Petition for Temporary Legal Custody, Order to Show Cause Termination Hearing, and the Social Workers Affidavit. The hearing is to be held before the Honorable, District Court Judge, at the Cascade County Courthouse, Great Falls, Montana, on Tuesday, January 7, 2020, at 4:00 p.m., issued in the above-referenced Youth in Need of Care matter.

I, WALTER JASON PURKHISER, received the enclosed documents from the Cascade County Attorney's Office.

_____        DATE   January 2, 2020
Walter Jason Purkhiser

_____        1/2/2020
Witness

(U.S. Probation officer Baylan Thomas)
706-849-4472 ; 706-829-5020

88

**MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY**

IN THE MATTER OF:

SKYLA PURKHISER, and
KAYLA LUCILLE NICHALOS,

    YOUTHS IN NEED OF CARE.

CAUSE NO. DDN-17-303
DDN-18-008

JANUARY 7, 2020

Hrg Re: TERMINATION

Birth Mother, Karen Smith, was not present, but was represented by counsel, Anthony Platt. Birth Father of S.P., Walter Purkhiser, was not present, but was represented by counsel, Helge Naber. Birth Father of K.N., Jim Nichalos, was not present, but was represented by counsel, Jeff Olson. Deputy County Attorney, Charity Yonker appeared on behalf of the State. Guardian *ad litem*, Darla Parker, was not present. The Honorable John W. Parker, District Court Judge, presiding.

The Court reviewed the matter at hand.

Mr. Naber moved the Court to continue the termination hearing.

The State advised it is ready to proceed with the termination hearing.

Mr. Platt advised the Court that this case had alternate resolution briefs filed.

The Court stated it had not ruled on them yet.

The Court will continue this hearing and set a new termination hearing in (4)-(5) weeks.

The Court ADJOURNED this hearing.

JOHN W. PARKER
DISTRICT COURT JUDGE

Court reporter: FTR
Deputy Clerk: T. LeClear

12

*[Signature]*     JANUARY 2, 2020
*[Signature]*     JANUARY 2, 2020
*[Signature]*     JANUARY 2, 2020
*[Signature]*     JANUARY 2, 2020

WALTER JASON PURKHISER     JANUARY 2, 2020
WALTER JASON PURKHISER     JANUARY 2, 2020
Walter Jason Purkhiser     January 2, 2020
Walter Jason Purkhiser     January 2, 2020

THERE ARE 8# DEFFOUNT HAND RIGHTINGS AND SIGNERS AND DATES AND MOUTHS; AND NONE OF THOSE MACH THE "SIGNER" AND "DATE" THAT IS ON THE DOCUMENT (ACKNOWLEDEMENT OF RECEIPT OF STATE'S PAPEWORK TO SERVE UPON THE PARENT OF THE ABOVE-NAMED YOUTHS)

NOW AFTER; SEEING THE FACT OF THE TRUTH OF MR PURKHISER; AND HIS TRUTH FORE HIS CHILD. IT IS THE RESPONIBILTIY OF THE UNITED STATE FEDERAL COURT TO SUMMION'S THE CASCADE COUNTY COURT 415 2nd AVE N # 200A GREAT FALLS, MONTANA 59401 (406) 454-6780 Judge John PARKER, ABOUT THIS "MENIPOLATION" AND FRADILENT ACTIVIY; AND BECAUSE OF THIS AND GIVING THE FATHER OF THIS CHILD S.P. THE RIGHT TO HEARED, AND SEEN, AND TO SHOW "THEN" AND "NOW" WHAT HE HAS DONE FORE HIS BELOVED DAUGHTER AND RESTOR MR PURKHISER'S PARENTAL RIGHTS TO HER, AND HIS PHYICAL DAUGHTER AND LET THEM GO IN PEACES. MR PURKHISER HAS DONE NO WRONG TO HIS DAUGHTER BUT TRUELY STAND FOR HER, AND SHOW A DADDY'S LOVE.

13

(ORDER GRANTING PERMANENT LEGAL, CUSTODY, TERMINATION OF PARENTAL RIGHTS WITH RIGHT TO CONSENT TO A ADOPTION.

MAY 18, 2020   4:34 pm

Page 9, TAB 175,-177,   180,-183.   Page 8. TAB 159,-163.

14

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) IN THE MATTER OF SKYLA PURKHISER  2021 MT 57N
   Defendant(s) FATHER WALTER JASON PURKHISER

2. Court *(if federal court, name the district; if state court, name the county and State)*

   CASCADE COUNTY, GREAT FALLS MONTANA.  STATE SUPREEM COURT, Helena MONTANA

3. Docket or index number

   DDN-17-303,  DA 20-0314

4. Name of Judge assigned to your case

   Honorable JOHN PARKER.

5. Approximate date of filing lawsuit

   CV 22-105-GF-BMM,  CV-23-10-GF-BMM

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. April 11, 2023 = Nov 1, 2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* DISMISS
   LACK OF SUBJECT MATTER JURISDICTION.
   LACK OF SUBJECT MATTER OF JURISDICTION.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? JUST RESENT, I Filed A COMPLENT AGAINT THE EX-SECCATARY MIS AUTUMN COMBS, C/O Honorble Judge PETER ROPKOCH; OF TOOLE COUNTY MONTANA, FOR GIVE MR PURKHISER PURMISION TO LEVE TO STATE OF MONTANA; AND NOT DOCUMENTING THE RECORTS!. THE CASCADE COUNTY COURT, AND STATE SUPPREEM COURT HAS BEN MENIPULATED INTO BELIEVING MR PURKHISER ABANDONED HIS CHILD.

Page 9 of 11

Case 1:24-cv-00199-JRH-BKE    Document 1    Filed 11/05/24    Page 14 of 18
Case 4:24-cv-00102-BMM    Document 1    Filed 11/05/24    Page 14 of 18

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) WALTER JASON PURKHISER

   Defendant(s) AUTUMN COMBS c/o Honoble Judge Peter Rapkoch

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number  DONT HAVE A CASE NO: yeT.

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Tues Oct 29, 2024  06:22:45

Signature of Plaintiff: Walter Jason Purkhiser #3033145
Printed Name of Plaintiff: WALTER JASON PURKHISER
Prison Identification #: CrossRoads Correctional Center
Prison Address: 50 Cross Roads Drive
Shelby, Montana 59474

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

Telephone Number: (406) 434-7055 or 406-670-3717
E-mail Address: Holli.Eller@CoreCivic.com (Legal) Warden's ASS

Page 11 of 11

17

Walter Jason Purkhiser 3033145
Your name
50 Crossroads Drive
Your mailing address
Shelby        Montana
City         State         Zip
(406) 434-2055  (406) 670-3717
Your phone number

Georgia
~~Montana~~  Judicial District Court
Number of the judicial district where you are filing

Augusta, Richmont County
Name of the county where you are filing

Walter Jason Purkhiser
Plaintiff

vs

(United States Probation Officer)
Baylen Thomas.
Department of Family and Children
Superviser:
Kami Stone.
Teresa Larson.
Josie Knapstad
Defendant

Cause No. _____

## CERTIFICATE OF SERVICE

I, Walter Jason Purkhiser, swear (or affirm) under oath that:
(print your name)

I served a copy of the attached _____
Attachment/Exhibits of Legal Document
(Acknowledgement of Receipt of States Paperwork to Serve upon the Parent of the
Above-Named youth).
(name of each of the documents that you filed in Court)

        Baylen Thomas.
        Kami Stone.
upon  Teresa Larson, Josie Knapstad, _____
(name of the opposing party)

                                06:41:36.
on  29  day of Tues Oct _____, 2024 ,
(date)   (month)                     (year)

by

☐   mailing a true and correct copy with postage prepaid and addressed as follows:

18

Walter Spson-Purilhiser #3033145
Crossroads
50 Crossroads Drive
Shelby, Montana 59474

TO: Clerk of Court
United State Federal
Court
600 James Brown Blvd
Augusta, Georgia 30901

"Legal"
"MAIL"

30901$2332 C065

19

