UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | |
|---|---|
| WALTER JASON PURKHISER, | JUDGMENT IN A CIVIL CASE |
| | CV 24-102-GF-BMM |
| Plaintiff, | |
| vs. | |
| BAYLAN THOMAS, et al. | |
| Defendants. | |

_____

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of January 14, 2025 (Doc. 7), this action is DISMISSED without prejudice.

     Dated this 20th day of February, 2025.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ T. Gesh
                                  T. Gesh, Deputy Clerk